# THE UNITED STATES DISTRICT COURT

# THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY R. WERNER,<br><br>Plaintiff,<br><br>v.<br><br>DAN EDMUND and STATIC MEDIA LLC,<br><br>Defendants. | **DEFAULT JUDGMENT**<br><br>Case No. 2:20-cv-00382-DBB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

For the reasons stated in the court's April 8, 2022 Memorandum Decision and Order,[1] Plaintiff's Motion for Default Judgment is GRANTED IN PART AND DENIED IN PART. Plaintiff is awarded judgment against Defendants as follows: $46,256 for willful infringement pursuant to 17 U.S.C. § 504(c)(2); $4,406.25 for attorney's fees and costs pursuant to 17 U.S.C. § 505; and interest at the statutory amount. The Clerk of the Court is directed to close the case.

Dated April 8, 2022

BY THE COURT:

David Barlow
United States District Judge

---

[1] ECF No. 26.